Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alexandre Znatchkowsky,
DHS File No. A14 796 076,
Plaintiff.

vs

Paul Pierre, District Director, U.S. Citizenship and Immigration Services,
Michael Chertoff, U.S. Secretary of Homeland Security, and
Michael Mukasey, U.S. Attorney General,
Defendants.

FILED
08 FEB 21 PM 4: 27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

                                                 DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 344 JAH NLS**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan M. Anzarouth
3111 Camino del Rio N., Suite 1325
San Diego, CA 92108
619-398-9390

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                           02/21/08
CLERK                                            DATE

By _____ Deputy Clerk
   J. HINKLE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)