Alan M. Anzarouth
Attorney at Law
3111 Camino Del Rio North, Suite 1325
San Diego, CA 92108
    Tel. (619) 398-9390
    CA State Bar No. 84888

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandre Znatchkowsky,<br>    DHS File No. A14 796 076,<br>        Plaintiff,<br>        vs.<br>Paul Pierre, District Director,<br>U.S. Citizenship and Immigration Services, et al.,<br>    Defendants. | Civil No:    08cv344-JAH (NLS)<br><br>**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** |

Plaintiff Alexandre Znatchkowsky, through counsel, has been informed by the Office of the U.S. Attorney that the U.S. Citizenship and Immigration Services (CIS) has advised that the FBI has completed its name check and that the CIS is now prepared to adjudicate the Plaintiff's application for naturalization.

The Defendant has not answered the complaint or otherwise appeared in this action.

In light of the above, Plaintiff, through counsel, voluntarily dismisses this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Counsel respectfully requests that the Clerk enter said dismissal in the records of the District Court.

DATED:    July 29, 2008

                                                            ALAN M. ANZAROUTH
                                                            Attorney for Plaintiff