Alan M. Anzarouth
Attorney at Law
3111 Camino Del Rio North, Suite 1325
San Diego, CA 92108
    Tel. (619) 398-9390
    CA State Bar No. 84888

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexandre Znatchkowsky,<br>    DHS File No. A14 796 076,<br>        Plaintiff,<br>        vs.<br>Paul Pierre, District Director,<br>U.S. Citizenship and Immigration Services, et al.,<br>        Defendants. | Civil No:    08cv344-JAH (NLS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 3111 Camino del Rio N., Suite 1325, San Diego, California 92108.

    I am not a party to the above-entitled action. I have caused service of: Plaintiff's Motion for Voluntary Dismissal on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

    Sam Bettwy
    Assistant United States Attorney
    Attorney for Defendant
    Sam.Bettwy@usdoj.gov

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2008        s/Alan M. Anzarouth
                                            ALAN M. ANZAROUTH